**Entered on Docket
June 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed: June 02, 2010**



```
_____
        LESLIE TCHAIKOVSKY
        U.S. Bankruptcy Judge
_____
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                     Case No. 09-40869 T
                                          Chapter 11
CHONG KO,

    Debtor-in-Possession.
_____/

### ORDER DISMISSING CASE

    The above-captioned chapter 11 case was duly scheduled for a hearing on June 1, 2010 on the Court's order to show cause why the case should not be converted to chapter 7 of the Bankruptcy Code or dismissed based on the debtor's failure to comply with the Court's scheduling order. Counsel for debtor appeared and consented to the case being dismissed.

    Good cause appearing therefor, it is hereby

    ORDERED that the above-captioned case be, and it hereby is, dismissed.

END OF ORDER

**ORDER DISMISSING CHAPTER 11 CASE**

COURT SERVICE LIST

Chong Ko
391 Lewelling Blvd.
San Lorenzo, CA 94580

William F. McLaughlin
Law Offices of William F. McLaughlin
1305 Franklin St. #301
Oakland, CA 94612

**ORDER DISMISSING CHAPTER 11 CASE** 2